# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DICTAPHONE CORP.                    :

v.                                 :          No. 3:00 CV 1143 (CFD)

NICE SYSTEMS, LTD.                 :

## ORDER RE STATUS

Within fifteen (15) days of the date of this order, they shall file with the Clerk

at Hartford a joint status report informing the Court of the status of the pending

settlement negotiations.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE
Date: 12/4/03