UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DICTAPHONE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NICE SYSTEMS LTD. and NICE SYSTEMS INC.,<br><br>Defendants. | 2003 DEC 16 P 1:41<br><br>Civil Action No.<br>3:00 CV 1143 (CFD)<br>HARTFORD CT<br><br>December 12, 2003 |

### STIPULATION Of DISMISSAL

Whereas the parties have settled their differences by means of an Agreement between themselves, with approval of the Court;

NOW THEREFORE, it is hereby ORDERED, ADJUDICATED, and DECREED:

1. All claims and counterclaims in this action are dismissed with prejudice.
2. Each party shall bear its own costs and attorneys' fees.

ACKNOWLEDGED, ACCEPTED, AND AGREED:

PENNIE & EDMONDS LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 790-9090
Attorneys for Plaintiff
DICTAPHONE CORPORATION

By: _____
Joseph Diamante (CT02321)
Ognjan V. Shentov (CT21915)

DARBY & DARBY, P.C.
850 Third Avenue
New York, New York 10022
(212) 527-7700
Attorneys for Defendants
NICE SYSTEMS LTD. and
NICE SYSTEMS, INC.

By: _____
Scott G. Lindvall (CT21882)
Lee A. Goldberg (CT22586)

ENTERED: 12/16/03

*Approved and so ordered. 12/16/03*

United States District Court Judge